1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6758

7      FAX: (415) 436-7234
       Alexis.James@usdoj.gov

8

   Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                  NORTHERN DISTRICT OF CALIFORNIA

11

                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )  NO.  21-CR-00264
                                       )
14      Plaintiff,                     )  STIPULATION TO EXCLUDE TIME FROM
                                       )  JANUARY 11, 2022 TO MARCH 8, 2022 AND
15      v.                             )  ORDER
                                       )
16  BROGDAN VADUVA,                    )
                                       )
17      Defendant.                     )
                                       )
    _____)

18

19      It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Brogdan Vaduva, that time be excluded under the Speedy Trial Act from January 11, 2022

21  through March 8, 2022.

22      The government and counsel for the defendant agree that time be excluded under the Speedy

23  Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery

24  already produced.  The government has produced over 3,000 pages of discovery and the parties have

25  been in plea negotiations.  For this reason, the parties stipulate and agree that excluding time until March

26  8, 2022 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

27  parties further stipulate and agree that the ends of justice served by excluding the time from January 11,

28  2022 through March 8, 2022 from computation under the Speedy Trial Act outweigh the best interests

    of

    STIPULATION TO EXCLUDE TIME AND  ORDER
    Case No. 21-CR-00264

1   the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2          The undersigned Assistant United States Attorney certifies that she has obtained approval from

3   counsel for the defendant to file this stipulation and proposed order.

4

5          IT IS SO STIPULATED.

6   DATED:        January 5, 2022             /s/ *Alexis James*
                                              **ALEXIS JAMES**
7                                             Assistant United States Attorney

8
    DATED:        January 5, 2022             /s/ *David Beitchman*
9                                             **DAVID BEITCHMAN**
                                              Counsel for Defendant Brogdan Vaduva
10

11                                **ORDER**

12         Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

13  Court finds that failing to exclude the time from January 11, 2022 through March 8, 2022 would

14  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

15  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

16  Court further finds that the ends of justice served by excluding the time from January 11, 2022 to March

17  8, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the

18  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

19  that the time from January 11, 2022 through March 8, 2022 shall be excluded from computation under

20  the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

21         IT IS SO ORDERED.

22

23  DATED:    1/10/2022           _____

24                                **JAMES DONATO**
                                  United States District Judge
25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-CR-00264