ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MICHAEL G. LAGRAMA (CABN 252734)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    Michael.Lagrama@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00264-JD |
| Plaintiff, | STIPULATION AND ORDER RE PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT REGISTRY BEFORE SENTENCING |
| v. | |
| BODGAN VADUVA, | |
| Defendant. | |

       The United States and defendant Bodgan Vaduva, by and through their respective counsel, hereby stipulate and agree as follows:

       1.     In the Plea Agreement entered on September 11, 2023, the parties agreed that defendant Bodgan Vaduva would pay $32,000 in restitution at the time of sentencing, and that $14,533 of this sum will be paid from funds that Mr. Vaduva agreed to forfeit under the Plea Agreement. Therefore, the parties agree that Mr. Vaduva will owe $17,467 ($32,000 minus $14,533) in outstanding restitution after accounting for the forfeited funds that will be paid towards restitution.

       2.     In the Plea Agreement, the parties agreed that Mr. Vaduva would deposit the funds for payment of the outstanding restitution with the Clerk of the United States District Court, Northern District of California.

3. The parties therefore jointly request that the Court issue this Proposed Order authorizing the Clerk to accept defendant's restitution payment(s).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: October 25, 2023

ISMAIL J. RAMSEY
United States Attorney

*/s/ Michael G. Lagrama*
MICHAEL G. LAGRAMA
Assistant United States Attorney
Attorneys for Plaintiff

Dated: October 25, 2023

*/s/ George G. Mgdesyan*
GEORGE G. MGDESYAN
Attorney for Defendant Bogdan Vaduva

## ORDER

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties, which arises from the plea agreement entered in this case, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. The Clerk of Court for the Northern District of California shall accept from the defendant a check(s) or money order(s) in the amount of up to $17,467, made payable to "Clerk, United States District Court," and to hold such funds in the Clerk's Registry, including interest earned thereon, pending further order of this Court.

**IT IS SO ORDERED**.

Dated: 11/1/2022

HON. JAMES DONATO
United States District Judge